UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-103-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **ORDER** |
| v. | |
| OSLY ADONAY RUIZ-BANEGAS | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on this date be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing to counsel for all parties.

SO ORDERED.

This the  2nd  day of June, 2016.

_____
Honorable Louise W. Flanagan
United States District Judge